IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| COMMUNITY HEALTH CHOICE, INC., | ) | |
| | ) | |
| Plaintiff, | ) | No. 18-05 C |
| | ) | (Chief Judge Sweeney) |
| v. | ) | |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF APPEAL

Notice is hereby given that the United States hereby appeals to the United States Court of Appeals for the Federal Circuit from the Rule 54(b) judgment entered in this case on March 7, 2019.

Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General

ROBERT E. KIRSCHMAN, JR.
Director

OF COUNSEL:

CHRISTOPHER J. CARNEY
Senior Litigation Counsel
Civil Division
U.S. Department of Justice

ALBERT S. IAROSSI
VERONICA N. ONYEMA
Trial Attorneys
Civil Division
U.S. Department of Justice

s/Claudia Burke
CLAUDIA BURKE
Assistant Director

s/Eric E. Laufgraben
ERIC E. LAUFGRABEN
Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
P.O. Box 480
Ben Franklin Station
Washington, DC 20044
Telephone: (202) 353-7995
Facsimile: (202) 353-0461
Email: Eric.E.Laufgraben@usdoj.gov

March 7, 2019                               Attorneys for Defendant