## IN THE UNITED STATES COURT OF FEDERAL CLAIMS

_____
)
COMMUNITY HEALTH CHOICE, INC., )
)
         Plaintiff, )   No. 18-05C
)
         v. )   Filed: November 8, 2021
)
UNITED STATES, )
)
         Defendant. )
_____ )

### ORDER

On November 4, 2021, pursuant to the Court's Order dated September 23, 2021 (ECF No. 56), the parties filed a Joint Status Report (ECF No. 57), informing the Court that the parties' resolution efforts are still ongoing. The report advises that Plaintiffs' counsel plans to share a proposal to resolve the damages and mitigation issues that remain in the Cost Sharing Reduction ("CSR") cases with Defendant in the next 30 days. The parties request that the Court continue the stay of this case for an additional 60 days to permit the parties to engage in discussions regarding a potential resolution of this matter.

The Court **GRANTS** this request and **ORDERS** the parties to submit, by no later than January 4, 2022, a joint status report updating the Court on their efforts and, if necessary, proposing further proceedings in this case.

**SO ORDERED**.

Dated: November 8, 2021                              */s/ Kathryn C. Davis*
                                                                                     KATHRYN C. DAVIS
                                                                                     Judge