### IN THE UNITED STATES COURT OF FEDERAL CLAIMS

|  |  |
|---|---|
| COMMUNITY HEALTH CHOICE, INC., ) | |
| ) | |
| Plaintiff, ) | No. 18-0005C |
| ) | |
| v. ) | Filed: January 7, 2022 |
| ) | |
| THE UNITED STATES, ) | |
| ) | |
| Defendant. ) | |

### ORDER

On January 4, 2022, pursuant to the Court's Order dated November 8, 2021 (ECF No. 58), the parties filed a Joint Status Report (ECF No. 59) advising the Court of the parties' efforts to resolve this matter. The parties report that counsel for several plaintiff health plans shared a proposal with the Government on December 3, 2021. The Government is reviewing the proposal and hopes to provide Plaintiff with a substantive response by late January. The parties request the Court continue the stay in this case for 60 days to further these discussions.

Accordingly, having considered the proposal, the Court **GRANTS** the request and **ORDERS** the parties to submit, by no later than March 4, 2022, a joint status report proposing further proceedings in this case.

**SO ORDERED**.

Dated: January 7, 2022

*/s/ Kathryn C. Davis*
KATHRYN C. DAVIS
Judge