# In the United States Court of Federal Claims
No. 18-5 C
Filed: March 1, 2022

**COMMUNITY HEALTH CHOICE, INC.**

      v.

**THE UNITED STATES**

**RULE 54(b) JUDGMENT**

      Pursuant to the court's Order, filed February 28, 2022, directing the entry of judgment pursuant to Rule 54(b), there being no just reason for delay, and the parties' stipulation for entry of partial final judgment, filed February 24, 2022,

      IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that plaintiff recover of and from the United States the amount of $11,174,299.10, on Count IV of plaintiff's amended complaint as it relates to cost-sharing reduction (CSR) payments through December 31, 2017. Count IV of the amended complaint is partially dismissed, with prejudice, as it relates to plaintiff's claim for CSR payments through December 31, 2017, and Counts V and VI of the amended complaint are dismissed with prejudice.   Each party shall bear its own costs, attorney fees, and expenses.

      Lisa L. Reyes
      Clerk of Court

By:    s/ Debra L. Samler

      Deputy Clerk