IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| COMMUNITY HEALTH CHOICE, INC., | ) ) ) | |
| Plaintiff, | ) ) | No. 18-0005C |
| v. | ) ) | Filed: May 16, 2022 |
| THE UNITED STATES, | ) ) ) | |
| Defendant. | ) ) | |

**ORDER**

On May 3, 2022, pursuant to the Court's Order dated March 8, 2022, the parties filed a Joint Status Report (ECF No. 67) advising the Court of their continued efforts to resolve this matter. The parties report that they are working together to determine whether they may resolve this matter without further litigation or can at least streamline the damages and mitigation issues in this case. *See* ECF No. 67. Given the case's complexity and the large number of interested stakeholders, the parties request the Court continue the stay in this case through July 5, 2022, at which point the parties will file another joint status report.

This is one of several Affordable Care Act ("ACA") cases before the Court in which the parties are exploring the potential of a negotiated settlement of the plaintiffs' cost-sharing reduction ("CSR") claims. *See Blue Care Network of Mich. et al. v. United States*, 20-1000C (filed: Aug. 11, 2020); *Common Ground Healthcare Coop. v. United States*, 17-877C (filed: June 27, 2017); *Me. Cmty. Health Options v. United States*, 17-2057C (filed: Dec. 28, 2017); *Me. Cmty. Health Options v. United States*, 20-458C (filed: Apr. 17, 2020). Each of these cases is stayed pending settlement discussions, with the parties providing periodic joint status reports.

2

Having considered the parties' status report, the Court **GRANTS** the request to continue the stay.  In the interest of synchronizing the status report deadlines in each of the above-cited cases, the Court **ORDERS** the parties to submit, by no later than July 12, 2022, a joint status report proposing further proceedings in this case.

**SO ORDERED**.

Dated: May 16, 2022                                         */s/ Kathryn C. Davis*
                                                            KATHRYN C. DAVIS
                                                            Judge