# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| COMMUNITY HEALTH CHOICE, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 18-05 |
| v. ) | (Judge Davis) |
| ) | |
| THE UNITED STATES, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## JOINT STATUS REPORT AND MOTION TO CONTINUE STAY

Pursuant to the Court's November 14, 2022 Order Staying Case, the parties respectfully submit this Joint Status Report. The November 14, 2022 order continued the stay in these proceedings and directed the parties to file a joint status report proposing further proceedings by January 9, 2023.

In July 2021, shortly after the U.S. Supreme Court denied the petition for writ of certiorari (No. 20-1162) and the Government's conditional cross-petition (No. 20-1432) in *Maine Community Health Options v. United States*, which sought review of the Federal Circuit's CSR decision in *Community Health Choice, Inc. v. United States*, Nos. 2019-1633, -2102, 2020 WL 4723757 (Fed. Cir. Aug. 14, 2020), the parties began discussions regarding the next steps in this litigation. Several different attorneys, collectively representing a large number of plaintiff health plans—including the plaintiff here—engaged Government counsel in discussions regarding potential resolution of the CSR matters through settlement.

On December 3, 2021, Plaintiffs' counsel shared a proposal with the Government to attempt to collectively resolve the damages and mitigation issues in the CSR cases without further litigation or to significantly streamline resolution of the remaining damages/mitigation

issues in these cases. On April 28, 2022, the Government responded to Plaintiffs' proposal, and Plaintiffs responded on May 23, 2022. Thereafter, the parties convened by phone multiple time, and the Government produced certain settlement-related data and other and other information to the plaintiffs on July 22, 2022.  The parties participated in a settlement-related call on September 1, 2022, and the CSR Plaintiffs followed that call with a letter to the Government on September 15, 2022.  The Government has since responded to Plaintiffs by letter dated November 10, 2022, and the Plaintiffs are evaluating the Government's proposal and expect to respond soon.

On February 24, 2022, the parties filed a Joint Stipulation for Entry of Partial Final Judgment (ECF No. 62) to resolve damages owed through December 31, 2017. On February 28, 2022, the Court granted the Stipulation and directed the Clerk to enter partial final judgment on Count IV of the Amended Complaint in favor of Plaintiff, dismissed Count IV of the Amended Complaint with prejudice as it related to Plaintiff's claim for CSR payments through December 31, 2017, and dismissed Counts V and VI of the Amended Complaint with prejudice (ECF No. 63).

With respect to remaining damages under Count IV after December 31, 2017, the parties' resolution efforts are progressing, and the parties respectfully request that the stay of this matter continue for an additional 60 days, at which time the parties will file a joint status report.  Good cause exists for the Court to continue the existing stay of this case.  The parties are working together to determine whether they may efficiently resolve this matter without further litigation or can at least streamline the damages and mitigation issues in this case.  The complexity of the CSR cases and the large number of interested stakeholders, necessitates that the parties be afforded additional time to complete these efforts.  The parties therefore jointly propose that they file a status report by March 10, 2023, in which the parties will update the Court on the status of

their efforts to resolve this matter.

| | |
|---|---|
| January 9, 2023 | Respectfully submitted, |
| | BRIAN M. BOYNTON<br>Principal Deputy Assistant Attorney General |
| */s/  William L. Roberts*<br>William L. Roberts<br>william.roberts@faegredrinker.com<br>**FAEGRE DRINKER BIDDLE & REATH LLP**<br>2200 Wells Fargo Center<br>90 South Seventh Street<br>Minneapolis, MN 55402-3901<br>Telephone: (612) 766-7000<br>Fax: (612) 766-1600 | PATRICIA M. McCARTHY<br>Director<br><br><br>*/s/  Claudia Burke*<br>CLAUDIA BURKE<br>Assistant Director |
| *Of Counsel:* | |
| Jonathan W. Dettmann<br>*jon.dettmann@faegredrinker.com*<br>Nicholas J. Nelson<br>*nicholas.nelson@faegredrinker.com*<br>Evelyn Snyder<br>*evelyn.snyder@faegredrinker.com*<br>**FAEGRE DRINKER BIDDLE & REATH LLP**<br>2200 Wells Fargo Center<br>90 South Seventh Street<br>Minneapolis, MN 55402-3901<br>Telephone: (612) 766-7000<br>Fax: (612) 766-1600 | */s/  David M. Kerr*<br>DAVID M. KERR<br>Trial  Attorney<br>Commercial Litigation Branch<br>Civil Division<br>U.S. Department of Justice<br>P.O. Box 480<br>Ben Franklin Station<br>Washington, DC 20044<br>Telephone:  (202) 307-3390<br>Facsimile:  (202) 514-8624<br>Email:  david.m.kerr@usdoj.gov |
| *Counsel for Plaintiff Community Health Choice, Inc.* | OF COUNSEL:<br><br>ALBERT S. IAROSSI<br>Senior Trial  Counsel<br>Civil Division<br>U.S. Department of Justice<br><br>*Counsel for Defendant The United States* |

3