### IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| COMMUNITY HEALTH CHOICE, INC., | ) ) ) | |
| Plaintiff, | ) ) ) | Case No. 18-05 |
| v. | ) ) | (Judge Davis) |
| THE UNITED STATES, | ) ) ) | |
| Defendant. | ) ) | |

### JOINT STATUS REPORT AND MOTION TO CONTINUE STAY

Pursuant to the Court's September 13, 2023 Order granting the parties' Motion to Continue Stay, the parties respectfully submit this Joint Status Report.

As stated in the parties' previous joint status report, counsel for the parties have continued to engage in productive settlement negotiations regarding this and other cost-sharing reduction (CSR) cases currently pending before this Court.  The parties most recently exchanged letters on September 7 and September 19.  In light of those communications, the parties believe that they have reached a tentative agreement in principle on a methodology by which the parties can settle some of these CSR cases.  This methodology must, however, be approved by officials at both the Department of Health and Human Services and the Department of Justice.  In addition, the parties will need to gather relevant data from plaintiff-insurers from past benefit years in order to calculate whether damages may be owed to a given insurer for a given year. The Centers for Medicare and Medicaid Services is currently preparing a process for plaintiff insurers to submit relevant CSR data.  Once that data is gathered and analyzed, plaintiffs will have the option of participating in the proposed settlement process or continuing instead with litigation.

Both the approval process and data gathering and analysis will take time.  We thus respectfully request that the court continue the stay in this case for 60 days, until Tuesday, November 28, 2023, at which time the parties propose updating the Court regarding the status of the settlement process.

September 29, 2023

*/s/ William L. Roberts*
William L. Roberts
william.roberts@faegredrinker.com
**FAEGRE DRINKER BIDDLE & REATH LLP**
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901
Telephone: (612) 766-7000
Fax: (612) 766-1600

*Of Counsel:*

Jonathan W. Dettmann
*jon.dettmann@faegredrinker.com*
Evelyn Snyder
*evelyn.snyder@faegredrinker.com*
**FAEGRE DRINKER BIDDLE & REATH LLP**
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901
Telephone: (612) 766-7000
Fax: (612) 766-1600

*Counsel for Plaintiff Community Health Choice, Inc.*

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

PATRICIA M. McCARTHY
Director

*/s/ Claudia Burke*
CLAUDIA BURKE
Deputy Director

*/s/ David M. Kerr*
DAVID M. KERR
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
P.O. Box 480
Ben Franklin Station
Washington, DC 20044
Telephone:  (202) 307-3390
Facsimile:  (202) 514-8624
Email:  david.m.kerr@usdoj.gov

OF COUNSEL:

ALBERT S. IAROSSI
Assistant Director
Civil Division
U.S. Department of Justice

*Counsel for Defendant The United States*